**Tobias Patch** ˅

 **Scott Wolfe** 8:30 AM            September 13th, 2023 ˅

Hey good morning - thanks for the comments. I haven't been able to spend any time on it yet.

**a. Not available today**
Sending this quick message, but not available today because (i) its Emily & I's anniversary; *and* more consumingly; (ii) Emily has surgery this morning; she's in surgery now actually. Not sure if I told you that was scheduled.  Emily got a [very treatable] breast cancer diagnosis 1.5 years ago, had successful surgery last year, and this is a standard followup surgery from that one.  It'll tie me up at least today, and depending, probably most of tomorrow.  I'll get back to you when I can be available.

**b. Funds-seeking**
As mentioned to you earlier, our conversations should just be one thread for you, and you should be aggressively exploring other funding options you have and/or want.

**c. Getting more folks in the conversation / Board**
While the exact pitch to Benson and NOSF is not clear, I think it may be a good idea to start getting them included in the conversation.  You don't have a formal Board of Directors set up, but *this is great example* of where a Board would be helpful, as the future capitalization of the business is in question.  Right now, you're serving as the entire Board, and you have duties to a variety of stakeholders (i.e. SAFE investors, other shareholders, etc.), which is complicated. It helps a lot when you have a Board to share some of these duties and to decide on best options. On the one hand, we're overdue for creating a Board based on our side letter.  On the other hand, you can simulate the Board discussions a little by starting to get other stakeholders involved, like Benson & NOSF.  Even though I don't like going to them with uncertain plans, the fact is that you have 2 weeks of cash left in the business, and you're beginning to lose the luxury of time with them.

 **Tobias Patch** 8:14 PM
I hope the surgery was uneventful and all is well. Sending good vibes y'alls way. Let me know what kind of Gelato to bring by!

Happy anniversary to you both!! How many years? I hope Emily wasn't feeling so bad that you didn't get to have at least a small celebration.

**Funds-seeking**
I'm actively moving forward looking to raise 275K under a SAFE with no cap and 20% discount. (*see attached for the deck and please provide feedback when able*) I'll need a bit more guidance on how to approach doing a CN.

**Getting more folks in the conversation**
Underway. I'm meeting with Caroline in the morning and an industry connection right after. I've reached out to David Hehman from Underdog labs. He writes 300k checks and this might be right up his alley. Alston got a response from Peter and we're trying to meet with him this week. (edited)

EXHIBIT
7

# BRELLY

## Checking in

2 messages

---

**Tobias Patch** <tobias@brelly.com>                                    Fri, Sep 22, 2023 at 10:22 AM
To: Scott Wolfe <scott@brelly.com>

Hi Scott,

I'm touching base to see how things are going with you and what you're working on and to update you on my end of things.

I've got a couple of things shaking loose re: raising additional funds under the original SAFE round. I could get something done next week.

In talking with Will, there are some issues with taking on funds without disclosing potential changes on the horizon. It's not guaranteed that it **would** cause problems, but there are ways it **could** cause problems.

I know the goal is to get something done quickly, but we may need more time than next week to get this all figured out. In that case, I'll need to do something to make payroll or have another scenario worked out with the team.

Will is working on what those options could look like, but there are some serious hazards that come with messing with payroll. I think your BL quote — "It's not Nam. There are rules." —apropriately describes the situation.


Let me know what you think.


Tobias

---

**Scott Wolfe** <scott@brelly.com>                                    Fri, Sep 22, 2023 at 10:49 AM
To: Tobias Patch <tobias@brelly.com>

We're scheduled to talk at 11 a.m. and can spend a few minutes on this.  On my end, here is a summary:

a. Personally, I've decided to proceed forward and work on this.

b. Summary of my deal work this week: I've consulted with counsel and potential investors to size up paths forward. I'm preparing a term sheet and expect to deliver it on Monday. The terms will contain elements that (i) Recapatizlies the common shareholders, (ii) Propose conversion of the SAFE into equities; and (iii) Bring between $1 - $1.5M in new money from investors that will likely be some mixture of me, Michael Gollner, S3 Ventures, and Brick & Mortar Ventures.

c. Running out of money: If we come to terms next week, I'd be willing to make a bridge loan to the business.

d. Brelly's Other Options:  As mentioned all along, as CEO, it's a key part of your job to make sure the business is capitalized, and you should be running *all* the threads available to you in that regard. While I'm just one opinion, I do agree with Will that there are potential issues taking funds without disclosing material facts. Further, I'd reiterate to you again that a Board of Directors with fiduciary obligations would be helpful to you here and that you are obligated under our side letter to have one set up.

Scott


[Quoted text hidden]

November 2nd, 2023 ⌄

 **Alston** 11:14 AM
Hi @Scott Wolfe, on item (2), I expect to get confirmation today or tomorrow that everything's in order for the tax credit. As soon as I get word, I'll send you the documentation you to need for your state return.

On (1), this is for DE registered agent for the Brelly, Inc. that you originally registered last year?

Also, sorry for delay, I got another damn bug from the kids that knocked me out yesterday.

 **Scott Wolfe** 12:06 PM
Yes, regarding LegalZoom, it's per the thread up here:
https://brelly2.slack.com/archives/C04ARH2UCHJ/p1691092221969269

>  **Scott Wolfe**
> Hey -- I just had an auto-billing pop onto my credit card for LegalZoom's registered agent services. This is (or was?) the registered agent for Brelly, Inc. in DE.  Its $299 and receipt attached.  I'd like to get that reimbursed, but also, to get this register agent account handed off to y'all...which I'm not too sure how to do.
>
> I can send an email.  But before I send an email ticket to legalzoom about this, I presuming:  (a) That Brelly, Inc. is still alive; and (b) You'd want to just continue the LZ registered agent service.  LMK
>
> Direct Message  Aug 3rd, 2023   View conversation

 **Tobias Patch** 2:22 PM
Hi @Scott Wolfe -- I'm finishing up paperwork with Will to transfer funds to Brelly. I'll get the reimbursement completed next week. We have a registered agent service setup for Brelly, so this could be discontinued moving forward.

 **Scott Wolfe** 2:54 PM
Thanks @Tobias Patch

**Regarding LZ cancellation:**  Per the above message, I added you and Alston as contacts to that registered agent account, and so you manage it now.

**Regarding new funding:**  Please talk to Will and get back to me w/r/t the board of directors, as adding funding for the company is exactly something that requires Board approval.