

Scott Wolfe <scott@brelly.com>

## We couldn't process your payment

1 message

**DocSend** <billing@docsend.com>                                    Sun, Oct 8, 2023 at 5:04 PM
Reply-To: DocSend <support@docsend.com>
To: scott@brelly.com

Dropbox DocSend

# We couldn't process your payment

**Don't worry. We will try your card again in a few days.**

To avoid any interruption in your use of DocSend you may need to update your payment details.

**Update payment information**

Dropbox DocSend                                    Made in San Francisco, CA © 2023 DocSend.

Scott Wolfe <scott@brelly.com>

**BRELLY**

## Downgrading your DocSend account

1 message

**Jimmy Kim** <support@docsend.com>                                      Fri, Oct 27, 2023 at 9:11 PM
Reply-To: DocSend <support@docsend.com>
To: scott@brelly.com

Hi Scott,

After 4 failed attempts, we weren't able to process payment using your card.

**We've downgraded your account back to DocSend Limited Trial.**

Don't worry! Your links and documents are safe.

You can continue using your DocSend account by **renewing your DocSend plan** here.

The DocSend team is always available for you at **(888) 258-5951** if you have any questions or feedback.

Kindly,
Jimmy



Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 3 of 71



# INVOICE

Ahrefs Pte. Ltd. (201227417H)
16 Raffles Quay, #33-03
Hong Leong Building
Singapore 048581

Invoice #  **AHR20231018-0063**
Invoice Date  **Oct 18, 2023**
Invoice Amount  **$233.46 (USD)**
Customer ID  **AzZciqTTFnv443vtk**
PO #  **SEO_2023**
Payment Terms  **Due Upon Receipt**

**NOT PAID**

**BILLED TO**
Tobias Patch
Brelly
2425 Ryan Drive
Alvin, Texas 77511
United States

**SUBSCRIPTION**
ID  **AzZciqTTFnWsS3vdY**
Next Billing Date  **Nov 18, 2023**

| DESCRIPTION | UNITS | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|
| **Pay-as-you-go - Casual users** <br> Sep 18 to Oct 18, 2023 | 1 | $20.00 | **$20.00** |
| **Ahrefs Standard - Monthly** <br> Oct 18 to Nov 18, 2023 | 1 | $199.00 | **$199.00** |

|  |  |
|---|---|
| Sub Total | $219.00 |
| TX State Tax @ 6.25%* | $10.95 |
| TX County Tax @ 0.5%* | $0.88 |
| TX City Tax @ 1.5%* | $2.63 |
| **Total** | **$233.46** |
| Adjustments | -$150.55 |
| Amount Due (USD) | **$82.91** |

*This amount is calculated based on the taxable amount which may vary based on the taxation laws in your country.

**CREDITS & ADJUSTMENTS**

An adjustment of **$150.55** was made on **03 Feb, 2024 23:58 UTC** .

# Canva

## Looks like you don't have access

Sorry, that team invite doesn't exist anymore or has already been used. Please ask for another invitation to the team and try again.

**Please visit our Help Center** for more information. Error code: [**84917fbdefdb38af**]

Go back to the Canva homepage

Scott Wolfe <scott@brelly.com>

**Payment failure: Google Workspace Business Standard for brelly.com**
1 message

**The Google Workspace Team** <workspace-noreply@google.com>          Wed, Dec 27, 2023 at 6:25 AM
Reply-To: The Google Workspace Team <workspace-noreply@google.com>
To: scott@brelly.com



# Don't lose access to Google Workspace Business Standard

The last payment for your Google Workspace Business Standard subscription for brelly.com failed. This indicates that there's something wrong with your payment method.

To prevent the suspension of all services for all users on January 3, 2024:

- Contact your bank or credit card company to resolve the issue with your payment method.
- Sign in to your Google Admin console and click **Billing** to retry or update your payment method and pay your outstanding balance. If you can't resolve the issue, you'll need to add a new payment method instead.

See complete instructions for fixing payment and billing issues or contact our support team for additional help.



**Sincerely,**

**The Google Workspace Team**



© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

*You're receiving this mandatory email service announcement to update you about important changes to your Google Workspace product or account.*





## Overdue payment for Brelly

1 message

**Slack** <feedback@slack.com>                                    Mon, Dec 18, 2023 at 4:02 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Your payment is overdue

We've been unable to collect your payment for **Brelly**, and your workspace will be downgraded soon.

Updating your payment details only takes a moment and will ensure you don't lose your Pro plan features.

If you run into trouble, please contact us.

**UPDATE PAYMENT DETAILS**

You can also switch your workspace to the Free plan.

---

**Brelly**
Workspace URL: brelly2.slack.com

SIGN IN



**Your payment could not be processed**
1 message

**Slack** <feedback@slack.com>                                    Sat, Nov 4, 2023 at 4:16 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Update your payment details

We were unable to process your credit card payment for **Brelly**. No need to worry — just take a few moments to update your payment details.

Need help? Contact us

**UPDATE PAYMENT DETAILS**

**Brelly**                                              SIGN IN
Workspace URL: brelly2.slack.com

   

Our Blog   |   Policies   |   Help Center   |   Slack Community

©2023 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.

EXHIBIT
8



**Your workspace will be downgraded in 7 days**

1 message

**Slack** <feedback@slack.com>                                    Mon, Dec 25, 2023 at 3:07 PM
Reply-To: feedback@slack.com
To: scott@brelly.com

## slack

# Your payment is overdue

We haven't received your payment for **Brelly**. As a result, your workspace will be downgraded to the Free plan unless payment is received in **7 days**.

If your workspace is downgraded to the Free plan:

- **All shared channels will be disconnected.** This is permanent — shared channels cannot be recovered, and must be recreated if you choose to upgrade again later.
- **Guest accounts will be disconnected.** If you start paying for Slack in the future, all guests will need to be invited again.
- **Some files and messages may no longer be accessible.** You'll only be able to view the most recent 90 days of messages and files.

If you need help or have any questions, please contact us.

**UPDATE PAYMENT DETAILS**

Scott Wolfe <scott@brelly.com>

BRELLY

## Your workspace will be downgraded in 7 days

1 message

---

**Slack** <feedback@slack.com>                                                    Thu, Jan 25, 2024 at 3:51 PM
Reply-To: feedback@slack.com
To: scott@brelly.com

---



# Your payment is overdue

We haven't received your payment for **Brelly.** As a result, your workspace will be downgraded to the Free plan unless payment is received in **7 days.**

If your workspace is downgraded to the Free plan:

- **All shared channels will be disconnected.** This is permanent — shared channels cannot be recovered, and must be recreated if you choose to upgrade again later.
- **Guest accounts will be disconnected.** If you start paying for Slack in the future, all guests will need to be invited again.
- **Some files and messages may no longer be accessible.** You'll only be able to view the most recent 90 days of messages and files.

If you need help or have any questions, please contact us.

**UPDATE PAYMENT DETAILS**

Scott Wolfe <scott@brelly.com>



## Reminder: Update your payment details

1 message

**Slack** <feedback@slack.com>                                        Sun, Jan 7, 2024 at 4:11 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



## Keep your Pro plan features

We were unable to process your credit card payment for **Brelly.**

Take a moment to update your payment details to keep features like guest accounts, shared channels, and access to your full message history.

Learn more about the Pro plan

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

   

Our Blog  |  Unsubscribe  |  Policies  |  Help Center  |  Slack Community

Scott Wolfe <scott@brelly.com>



**Your payment could not be processed**

1 message

**Slack** <feedback@slack.com>                                   Thu, Jan 4, 2024 at 3:33 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Update your payment details

We were unable to process your credit card payment for **Brelly.** No need to worry — just take a few moments to update your payment details.

Need help? Contact us

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com                    **SIGN IN**

   

Our Blog   |   Policies   |   Help Center   |   Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.

Scott Wolfe <scott@brelly.com>



## Update payment details to keep your Pro plan
1 message

**Slack** <feedback@slack.com>                                    Thu, Jan 11, 2024 at 10:32 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



## Don't lose your Pro plan features

We've run into some trouble collecting your payment for **Brelly.** As a result, your workspace may be downgraded to the Free plan.

To keep that from happening, take a few moments to update your payment details and you'll be set.

If you're having trouble or have any questions, please contact us.

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

   

Our Blog  |  Policies  |  Help Center  |  Slack Community



Scott Wolfe <scott@brelly.com>

## Overdue payment for Brelly

1 message

**Slack** <feedback@slack.com>                                         Thu, Jan 18, 2024 at 10:51 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Your payment is overdue

We've been unable to collect your payment for **Brelly,** and your workspace will be downgraded soon.

Updating your payment details only takes a moment and will ensure you don't lose your Pro plan features.

If you run into trouble, please contact us.

**UPDATE PAYMENT DETAILS**

You can also switch your workspace to the Free plan.

---

**Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

Scott Wolfe <scott@brelly.com>



## Your Slack plan for Brelly has changed
1 message

**Slack** <no-reply@slack.com>                                               Thu, Feb 1, 2024 at 3:07 PM
Reply-To: no-reply@slack.com
To: scott@brelly.com

 **slack**

# Your Slack plan has changed

Brelly's subscription plan has been changed to the **free plan.**
We let the other admins know about this change.

Here's how downgrading impacts your team:

### Guests

Your **2** guests have lost access to your workspace. That includes...

 ahmed.tarek
pbarriga

Visit the Manage members page if you'd like to convert guests to regular
members before downgrading — but please note that you'll no longer be
able to control which channels they can access.

### Slack Connect

Your team's **1** Slack Connect channel has been permanently disconnected.
That includes...

# brelly-canopy-implementation
    See more details

**Note: This can't be undone.** Even if you upgrade later, this channel can
never be reconnected with an external team.

Claimed email domains are only available on paid plans. You won't be able
to control which workspace is used to accept Slack Connect invites sent to
your domains.

### Group Huddles

 Voice chat, video chat, screen share and more with up to 50 people, in
channels or in group DMs.

On the free plan, you can only participate in 1-on-1 huddles.

### Screen Sharing

 Solve problems collaboratively by sharing screens.

Screen sharing is available only on paid plans.

### Messages and Files

Access your workspace's unlimited message and file archive.

On the free plan, you'll only ever be able to view the most recent 90 days of messages and files.

### Apps and Integrations

Right now, your team is using **12 apps** or integrations.

 Connect your tools directly to your Slack workspace. Paid plans allow unlimited apps.

On the free plan, you'll only ever be able to add 10 apps – and any email-forwarding applications will be disabled. Learn more

### Single sign-on

Connect your single sign-on provider — like Google OAuth, OneLogin, and Okta — to simplify accessing Slack for your team.

Workspaces on the free plan cannot be connected to an SSO provider.

### Deletion and Retention Settings

 Customize your workspace's retention settings to have messages and files automatically deleted after a set period of time.

Advanced retention settings are available only on paid plans.

### User Groups

Get the attention of many members at once. When you mention a group's name — like @managers, for example — everyone in that group will be notified.

User groups are available only on paid plans.

### Sidebar Organization

 Keep your projects, teams, and priorities straight by organizing channels and conversations into custom, collapsible sections in your sidebar.

Custom organization is only available on paid plans.

**Upgrade Now**

If you want to compare the free plan to our other plans, try taking a look at a <span>comparison of plans.</span>

If you have questions, please visit our guide to billing at Slack, or simply reply to this email and someone will be happy to help you.



**Brelly**
Workspace URL: brelly2.slack.com

**Sign In**

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.

**BRELLY**

## Your workspace has been downgraded

1 message

**Slack** <feedback@slack.com>                                    Thu, Feb 1, 2024 at 3:07 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Hello,

We wanted to let you know that we've downgraded your Slack subscription to our **Free plan**. Our records show that the credit card on file for Brelly has failed during our recent attempts to process your Slack subscription fees. As of today, the outstanding account balance is $34.29 USD.

If you would like to return to the original settings of your paid plan, please update your payment information **here**. Please note that only Workspace Owners can access and make changes to billing information.

On the Free plan, your workspace will experience these changes:

- Reduced search/browse capability to your most recent 90 days of messages and files
- Disabled Google Authentication
- Disabled addition of new integrations
- Disabled group huddles
- Deactivated Multi-Channel and Single-Channel Guests

For a full list of paid features that will be impacted visit our **pricing page**.

We'd like to help return your workspace to full service, and we're happy to answer any questions. Just reply to this email or get in touch with us at **feedback@slack.com**.

Thanks very much,

The team at Slack

---

If you would like to delete your data, **click here** (this can only be done by your workspace's Primary Owner).

   

Our Blog   |   Unsubscribe   |   Policies   |   Help Center   |   Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.









# Messages Between Employees / Members, By Day



Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 26 of 71



Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 27 of 71







Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 30 of 71

Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 31 of 71

# Calendar

January 2023

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | Jan 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | • 8:20am Brelly - Morning Standup | • 8:20am Brelly - Morning Standup | • 8:20am Brelly - Morning Standup<br>• 1pm Renee <> Tobias | • 8:20am Brelly - Morning Standup<br>• 8:55am Reed / Tobias<br>• 1:30pm Portrait consultation (Megan Murray Photogra<br>• 2:30pm Jacqueline / Tobias | • 8:30am Tobias & Scott 1:1<br>• 11am Mission Statement Prep<br>• 1pm Brelly Team EOW Meeting | • 10am Kim, Sarah and Tobias |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | • 8:20am Brelly - Morning Standup<br>• 10am Prep all App Store content<br>• 11am Tobias <> Harry - application "how-to content"<br>• 1pm Brelly 1-page plan dry run<br>• 2:30pm Will <> Tobias _ Brelly hiring agreements | • 8:20am Brelly - Morning Standup<br>• 9am Will <> Tobias<br>• 10am Tobias <> Alston<br>• 11am Aiden <> Tobias | • 8:20am Brelly - Morning Standup | • 8:20am Brelly - Morning Standup<br>• 9am Tobias x Emelie meeting<br>• 10am App Register Flow Huddle<br>• 12:30pm Lin Kyaw <> Tobias Patch<br>• 2:30pm Project Management Followup | • 10am Alston + Tobias<br>• 11:30am Headshots<br>• 1pm Brelly Team - Weekly Sync | |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | | • 8:20am Brelly - Morning Standup<br>• 11am Ben Goodey and Tobias Patch<br>○ 12pm Emelie x Tobias | • 8:20am Brelly - Morning Standup<br>• 11:30am Tobias <> Alston<br>• 2pm Team sync - App | • 8:20am Brelly - Morning Standup<br>• 10am Haircut<br>• 1pm Call Rebecca from Phelps | • 8:20am Brelly - Morning Standup<br>• 8:50am Flight to New Orleans (WN 2294)<br>• 11am HOLD: Working old-school style??<br>• 4pm Alumni AMA for VILLAGEx | • 11am Brelly Team EOW Meeting<br>• 1:15pm Will <> Tobias -- paperwork<br>• 3:30pm Tobias <> Caroline | |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | • 8:30am BBQ Pit Inspection_Monroe LA | • 8:20am Brelly - Morning Standup<br>• 2pm F-Crypto Coaching Call - Tobias Patch and Josh F<br>• 2pm Tobias Patch - Crypto Coaching Call<br>• 4pm Depo prep call - Rene Gautreaux | • 8:20am Brelly - Morning Standup<br>• 10am Deposition<br>• 5:30pm Requirements and Wireframes for Navigation, | • 8:20am Brelly - Morning Standup<br>• 11am Requirements / sketching for Damages<br>• 11:15am Brelly | Zeck<br>• 3:15pm New Orleans, LA to Houston (Hobby), TX | • 8:20am Brelly - Morning Standup<br>• 9am Surfer Academy: Waiting for Results – Your Ques<br>• 11am Brelly <> Preeti<br>• 11:30am Prompt crafting for AI writing tools<br>• 3:30pm Jackie <> Tobias -- App | • 10am Alston + Scott + Tobias<br>• 12:30pm Brelly Team - Weekly Sync<br>• 2:30pm call F. Vial | |
| | 29 | 30 | 31 | Feb 1 | 2 | 3 | 4 |
| | | • 8:20am Brelly - Morning Standup<br>• 9am Tobias x Emelie<br>• 11:30am Alston App UX Impressions<br>• 2pm Brelly <> Fernando<br>• 3:30pm Will <> Tobias | • 8:20am Brelly - Morning Standup | • 8:20am Brelly - Morning Standup<br>• 2:15pm App GTM: Messaging and Mechanics | • 8:20am Brelly - Morning Standup<br>• 9am Surfer Academy: Building Content Strategy from<br>• 10am Alexis <> Tobias<br>○ 1:30pm Stafford & Brelly | • 9am Tobias & Scott 1:1<br>• 10am Brelly Team EOW Meeting<br>○ 11am ⚠ Alston + Tobias EOW (Our 50/50 Sync)<br>• 12pm Preview of 90-Day Plan to Organic Acceleration | |









Brelly - Calendar – June 2023

calendar.google.com/calendar/u/0/r/month/2023/6/1

Calendar    Today    June 2023    Month

June 2023

Meet with...
Tobias Patch
Search for people

Time Insights
My calendars
Other calendars

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | Jun 1 | 2 | 3 |
| 3:45pm Follow Up | 🏠 Home | 8:40am Daily Standup | 8:40am Daily Standup<br>10am Tobias <> Codie Sanchez<br>11am Glide Round Table: Big Tables<br>4pm Tobias Patch and Adam Folsom | 8:40am Daily Standup<br>11:30am Brelly + SW<br>12pm Ariane <> Tobias | 10am Full Team Weekly<br>3:30pm Jason <> Tobias |  |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  | 🏠 Home<br>8:40am Daily Standup<br>9:30am Finish TX business setup<br>11:30am Work on website pages for estimating | 8:40am Daily Standup<br>9am work on news letter #1<br>11am work on deal with Anthony<br>12pm Meet up<br>3:30pm Jon <> Tobias | 8:40am Daily Standup<br>10:30am Dr<br>1pm finish newsletter #1 | 7:45am Aiden + Kit + Tobias<br>8:40am Daily Standup<br>9am Drop off 5th wheel<br>5:25pm Pry Model Review | 10am Full Team Weekly<br>11am Alston + Tobias EOW (Our 50/50 Sync) |  |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  | 🏠 Home<br>5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup<br>9am Pitch Deck<br>10am Get Gibby & Kit lined up to prepare for newslett<br>11am Break<br>11:15am Pitch Deck<br>6 more | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>9am Pitch deck + respond to pitch deck emails<br>10:25am Daily Standup<br>11am Break<br>11:15am Pitch deck<br>12pm Lunch<br>8 more | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup<br>9am Finish newsletter #1<br>11am Break<br>11:15am Finish newsletter #1<br>12pm Lunch<br>6 more | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup<br>1pm identify 15 slides to re-do and use for personal p<br>1pm Tobias <> Varsha + Head of Tech | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>10am Full Team Weekly<br>11am Alston + Scott + Tobias<br>12pm Tobias Patch and Zoe Perret |  |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  | 🏠 Home<br>5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8am Bryan <> Tobias<br>8:40am Daily Standup<br>9am Monetization & Packaging | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup<br>10am Tobias Patch and Oceans XYZ<br>1pm Tobias & Sarah Patch and Brandon Frisch<br>4:30pm Haircuts | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup<br>9:30am Truck oil change<br>3:30pm Oceans Intake: Brelly - EA+<br>4pm AI Brainstorm Sesh Zoom Meeting | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>8:40am Daily Standup | 5:30am Hardest Task First<br>6:45am Kids / Breakfast / School<br>10am Full Team Weekly<br>11am Alston + Tobias EOW (Our 50/50 Sync)<br>11am Brelly - Website Refresh Project Scope |  |
| 25 | 26 | 27 | 28 | 29 | 30 | Jul 1 |
|  | 🏠 Home<br>8:40am Daily Standup<br>10:15am Sprint 3 & Roadmap Planning<br>11am 🎧 Personal work time<br>1pm Q3 Planning (Reed, Harry, Tobias, Alston) | 5am 🎧 early day from CO<br>8:40am Daily Standup<br>9am Tobias <> Caroline<br>9:45am Q3 Planning<br>11am Awesomic Customer Success Call with Tobias<br>12pm 🗓 Out of office | 5am 🗓 Out of office<br>8:40am Daily Standup<br>11:30am Building custom apps using Cliq Platform<br>1pm 🎧 personal work time<br>4pm AI Brainstorm Sesh Zoom Meeting | 6am 🎧 personal work time<br>8:40am Daily Standup<br>12pm 🗓 Out of office | 11am Alston + Scott + Tobias<br>1pm 🗓 Out of office |  |

**Calendar — July 2023** (Month view)

### Mon 26
- Home
- 8:40am Daily Standup
- 10:15am Sprint 3 & Roadmap Planning
- 11am Personal work time
- 1pm Q3 Planning (Reed, Harry, Tobias, Alston)

### Tue 27
- 5am early day from CO
- 8:40am Daily Standup
- 9am Tobias <> Caroline
- 9:45am Q3 Planning
- 11am Awesomic Customer Success Call with Tobias
- 12pm Out of office

### Wed 28
- 5am Out of office
- 8:40am Daily Standup
- 11:30am Building custom apps using Cliq Platform
- 1pm Personal work time
- 4pm AI Brainstorm Sesh Zoom Meeting

### Thu 29
- 6am personal work time
- 8:40am Daily Standup
- 12pm Out of office

### Fri 30
- 11am Alston + Scott + Tobias
- 1pm Out of office

### Mon 3
- Home
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup

### Wed 5
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 9am Will + Alston + Tobias
- 2pm Product Release Planning, Blue Sky

### Thu 6
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 10:30am Overview of Q3 and Sprint 3 Launch

### Fri 7
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 10am Product Release & Sprint Plan
- 11am Alston + Tobias EOW (Our 50/50 Sync)

### Mon 10
- Home
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 1pm Deposition - Ashley Winfrey v. State Farm

### Tue 11
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 12:30pm AI Brainstorm Sesh Zoom Meeting

### Wed 12
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup

### Thu 13
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 3:30pm Monica Finelli: 30 Min - Zoom meeting w/Tob

### Fri 14
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 9:15am call Amy re: website
- 10am Full Team Weekly
- 2 more

### Mon 17
- Home
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 10am Call with Sarah and Jason

### Tue 18
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 11am AI Brainstorm Sesh Zoom Meeting

### Wed 19
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 1:30pm Product Release Plan Overview

### Thu 20
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 10am PitchBook Demo Call | Brelly Inc.
- 12pm Brelly <> BCP lunch
- 2 more

### Fri 21
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 10am Full Team Weekly
- 11am Alston + Tobias EOW (Our 50/50 Sync)
- 2:15pm Jesse <> Tobias (Brelly)

### Mon 24
- Home
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup

### Tue 25
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 9:15am Brelly G2M Strategy Kickoff Mtg
- 11am AI Brainstorm Sesh Zoom Meeting
- 2 more

### Wed 26
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 9am David <> Tobias (Brelly)
- 3pm With Lucy
- 2 more

### Thu 27
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 9am tony talley and Tobias Patch
- 12pm PitchBook and Brelly

### Fri 28
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 9:30am GTM Plan + Full Team Weekly
- 11am Alston + Scott + Tobias

### Mon 31
- Home
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 11:30am Nylas <> Brelly - Commercial Call
- 1pm Tobias Patch and Jen Silver

### Tue Aug 1
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup
- 11am AI Brainstorm Sesh Zoom Meeting
- 11:30am Tobias & Joe

### Wed 2
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 8:40am Daily Standup

### Thu 3
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 9:30am Daily Standup
- 1pm Brelly<> Plug and Play call for investment opport
- 3:30pm Brelly // B&M Ventures Catch Up

### Fri 4
- 5:30am Hardest Task First
- 6:45am Kids / Breakfast / School
- 10:30am Tobias & Scott 1:1

Sidebar: Create · July 2023 · Meet with... · Tobias Patch · Search for people · Time Insights · My calendars · Other calendars





Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 39 of 71

Brelly - Calendar - October 2023

calendar.google.com/calendar/u/0/r/month/2023/10/1

# Calendar

Today  <  >  October 2023                                                                    Month ▾

| | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| | Oct 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | 🏠 Home | | | | | |
| | | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | |
| | | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | |
| | | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | |
| | | 9am Term Sheet Discussion | 10:30am Roadmap + Sprint Planning Follow-Up | 9am Call Tobias | 9:45am Sales activities | 11am Alston + Scott + Tobias | |
| | | 10:30am Brelly, Sprint Planning | 11:30am VILLAGEx Alumni Workshop w/ Insperity (Pl | 11:15am Daily Standup | 11:15am Daily Standup | | |
| | | 1pm Brelly Weekly Flywheel Sync | 12:30pm Martin <> Tobias | 11:45am Investor follow up | 1:45pm 30 Minute Meeting with Cam Cheline | | |
| | | | 2pm Brelly Pro, Check-in | 1:30pm Brelly / MetaProp | | | |
| | | | | 3pm Kids | | | |
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | 🏠 Home | | | | | |
| | | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 9am Exercise + podcast/book | 5am Exercise + podcast/book | |
| | | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | |
| | | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | |
| | | 11am Full Team Weekly | 11:15am Daily Standup | 11:15am Daily Standup | 11:15am Daily Standup | 11am Alston + Tobias EOW (Our 50/50 Sync) | |
| | | 1pm Brelly Weekly Flywheel Sync | 2:30pm 30 Minute Meeting with Cam Cheline | 2:15pm Anthony <> Tobias | 12pm Brelly Pro Demo: Chris Belchear | 2pm Morgan Wolan and Tobias Patch | |
| | | 2pm Brelly Check-in | | | | | |
| | | 3pm Martin <> Tobias | | | | | |
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | | 🏠 Home | | | | | |
| | | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | |
| | | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | |
| | | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | |
| | | 11:15am Daily Standup | 11:15am Daily Standup | 10:30am Review Product/Selling Gameplan | 11:15am Daily Standup | 11am Full Team Weekly | |
| | | 1pm Brelly Weekly Flywheel Sync | | 11:15am Daily Standup | | 11:30am Alston + Scott + Tobias | |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | 🏠 Home | | | | | |
| | | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 5am Exercise + podcast/book | |
| | | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | |
| | | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | 8:15am Reading | |
| | | 10am ICA <> Brelly (meeting link in description) | 11:15am Daily Standup | 9:15am Rough Draft Email Campaign #1 | 11:15am Daily Standup | 10:15am blocked | |
| | | 11:15am Daily Standup | 1pm Sales Deck Revisions | 10:30am Website CTAs — health check | 1pm blocked | 11:15am Daily Standup | |
| | | | 2:30pm Brelly Product Roundup | 11:15am Daily Standup | | 2:30pm Edd Davis and Tobias Patch | |
| | | | | | | 4pm Rashon Chancler and Tobias Patch | |
| | 29 | 30 | 31 | Nov 1 | 2 | 3 | 4 |
| | | 🏠 Home | | | | | |
| | | 5am Exercise + podcast/book | 5am Exercise + podcast/book | 1am Meeting with Tobias - PA | 5am Exercise + podcast/book | 5am Exercise + podcast/book | |
| | | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | 5am Exercise + podcast/book | 6:45am Kids / Breakfast / School | 6:45am Kids / Breakfast / School | |
| | | 8:15am Reading | 8:15am Reading | 6:45am Kids / Breakfast / School | 8:15am Reading | 8:15am Reading | |
| | | 9am blocked | 9am blocked | 8:15am Reading | 8:30am Alumni Coffee Round Table | 10am RJ <> Tobias | |
| | | 12pm Tobias <> Alston | 11:15am Daily Standup | 11:15am Daily Standup | 11:15am Daily Standup | 11:15am Daily Standup | |
| | | 3pm blocked | | 1pm Eric Davisson - Claim Titan: 45min - Zoom meeti | 3pm blocked | | |
| | | | | 4pm Mentor Training | | | |
| | | | | 5:30pm VILLAGEx Mentor Happy Hour | | | |

October 2023

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

Meet with...

Tobias Patch ✕

Search for people

Time Insights

My calendars

Other calendars









Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 44 of 71



Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 45 of 71









Scott Wolfe <scott@brelly.com>

**We couldn't process your payment**

1 message

---

**DocSend** <billing@docsend.com>                                           Sun, Oct 8, 2023 at 5:04 PM
Reply-To: DocSend <support@docsend.com>
To: scott@brelly.com



# We couldn't process your payment

**Don't worry. We will try your card again in a few days.**

To avoid any interruption in your use of DocSend you may need to update your payment details.

**Update payment information**

                                          Made in San Francisco, CA © 2023 DocSend.

Scott Wolfe <scott@brelly.com>

## Downgrading your DocSend account

1 message

**Jimmy Kim** <support@docsend.com>                                          Fri, Oct 27, 2023 at 9:11 PM
Reply-To: DocSend <support@docsend.com>
To: scott@brelly.com

Hi Scott,

After 4 failed attempts, we weren't able to process payment using your card.

**We've downgraded your account back to DocSend Limited Trial.**

Don't worry! Your links and documents are safe.

You can continue using your DocSend account by **renewing your DocSend plan** here.

The DocSend team is always available for you at **(888) 258-5951** if you have any questions or feedback.

Kindly,
Jimmy



Case 2:24-cv-00479-NJB-JVM   Document 1-9   Filed 02/23/24   Page 51 of 71



Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 52 of 71

# INVOICE

Ahrefs Pte. Ltd. (201227417H)
16 Raffles Quay, #33-03
Hong Leong Building
Singapore 048581

Invoice #    **AHR20231018-0063**
Invoice Date   **Oct 18, 2023**
Invoice Amount   **$233.46 (USD)**
Customer ID   **AzZciqTTFnv443vtk**
PO #   **SEO_2023**
Payment Terms   **Due Upon Receipt**

**NOT PAID**

**BILLED TO**
Tobias Patch
Brelly
2425 Ryan Drive
Alvin, Texas 77511
United States

**SUBSCRIPTION**
ID   **AzZciqTTFnWsS3vdY**
Next Billing Date   **Nov 18, 2023**

| DESCRIPTION | UNITS | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|
| **Pay-as-you-go - Casual users** <br> Sep 18 to Oct 18, 2023 | 1 | $20.00 | **$20.00** |
| **Ahrefs Standard - Monthly** <br> Oct 18 to Nov 18, 2023 | 1 | $199.00 | **$199.00** |

| | |
|---|---|
| Sub Total | $219.00 |
| TX State Tax @ 6.25%* | $10.95 |
| TX County Tax @ 0.5%* | $0.88 |
| TX City Tax @ 1.5%* | $2.63 |
| **Total** | **$233.46** |
| Adjustments | -$150.55 |
| Amount Due (USD) | **$82.91** |

*This amount is calculated based on the taxable amount which may vary based on the taxation laws in your country.

**CREDITS & ADJUSTMENTS**

An adjustment of **$150.55** was made on **03 Feb, 2024 23:58 UTC** .



# Looks like you don't have access

Sorry, that team invite doesn't exist anymore or has already been used. Please ask for another invitation to the team and try again.

**Please visit our [Help Center](#) for more information. Error code: [84917fbdefdb38af]**

[Go back to the Canva homepage](#)

Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 54 of 71

Scott Wolfe <scott@brelly.com>

**Payment failure: Google Workspace Business Standard for brelly.com**
1 message

**The Google Workspace Team** <workspace-noreply@google.com>                    Wed, Dec 27, 2023 at 6:25 AM
Reply-To: The Google Workspace Team <workspace-noreply@google.com>
To: scott@brelly.com



# Don't lose access to Google Workspace Business Standard

The last payment for your Google Workspace Business Standard subscription for brelly.com failed. This indicates that there's something wrong with your payment method.

To prevent the suspension of all services for all users on January 3, 2024:

- Contact your bank or credit card company to resolve the issue with your payment method.
- Sign in to your Google Admin console and click **Billing** to retry or update your payment method and pay your outstanding balance. If you can't resolve the issue, you'll need to add a new payment method instead.

See complete instructions for fixing payment and billing issues or contact our support team for additional help.



**Sincerely,**

**The Google Workspace Team**



© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

*You're receiving this mandatory email service announcement to update you about important changes to your Google Workspace product or account.*



# ▭ Billing

⚠ Your team has an outstanding balance of **$50.85 USD**.

Overview          History          Settings          Contacts          Member Changes          **Payment Methods**

## Outstanding balance

You have an outstanding balance of **$50.85 USD** from one or more unsuccessful payments.
Please choose a payment method or add a new one to complete payment. You may see multiple charges to your payment method until your outstanding balance is settled. If you want to change payment methods and your team meets the criteria, you can contact us.

**$47.70 USD** for 4 users
**$3.15 USD** sales tax

---

## Existing

**Card ending in 2968**
Visa
11/2027

*Future payments will be made with this method.*

[Pay balance]  🗑

## Pay with new payment method

Card number

| 1234 1234 1234 1234        AMEX |

Expiration                          CVC

| MM / YY |          | CVC       135 |

**Add Payment Method & Pay**

Your payment method will be charged, and will be set as the default for future charges.

Case 2:24-cv-00479-NJB-JVM    Document 1-9    Filed 02/23/24    Page 57 of 71



Scott Wolfe <scott@brelly.com>

**Overdue payment for Brelly**

1 message

**Slack** <feedback@slack.com>                                    Mon, Dec 18, 2023 at 4:02 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Your payment is overdue

We've been unable to collect your payment for **Brelly**, and your workspace will be downgraded soon.

Updating your payment details only takes a moment and will ensure you don't lose your Pro plan features.

If you run into trouble, please contact us.

**UPDATE PAYMENT DETAILS**

You can also switch your workspace to the Free plan.

 **Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

Scott Wolfe <scott@brelly.com>



**Your payment could not be processed**

1 message

**Slack** <feedback@slack.com>                                                    Sat, Nov 4, 2023 at 4:16 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Update your payment details

We were unable to process your credit card payment for **Brelly**. No need to worry — just take a few moments to update your payment details.

Need help? Contact us

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com                                    **SIGN IN**

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2023 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.

Scott Wolfe <scott@brelly.com>

**Your workspace will be downgraded in 7 days**
1 message

**Slack** <feedback@slack.com>                                  Mon, Dec 25, 2023 at 3:07 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Your payment is overdue

We haven't received your payment for **Brelly**. As a result, your workspace will be downgraded to the Free plan unless payment is received in **7 days**.

If your workspace is downgraded to the Free plan:

- **All shared channels will be disconnected.** This is permanent — shared channels cannot be recovered, and must be recreated if you choose to upgrade again later.
- **Guest accounts will be disconnected.** If you start paying for Slack in the future, all guests will need to be invited again.
- **Some files and messages may no longer be accessible.** You'll only be able to view the most recent 90 days of messages and files.

If you need help or have any questions, please contact us.

UPDATE PAYMENT DETAILS

Scott Wolfe <scott@brelly.com>

**Your workspace will be downgraded in 7 days**

1 message

**Slack** <feedback@slack.com>                                    Thu, Jan 25, 2024 at 3:51 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Your payment is overdue

We haven't received your payment for **Brelly.** As a result, your workspace will be downgraded to the Free plan unless payment is received in **7 days.**

If your workspace is downgraded to the Free plan:

- **All shared channels will be disconnected.** This is permanent — shared channels cannot be recovered, and must be recreated if you choose to upgrade again later.
- **Guest accounts will be disconnected.** If you start paying for Slack in the future, all guests will need to be invited again.
- **Some files and messages may no longer be accessible.** You'll only be able to view the most recent 90 days of messages and files.

If you need help or have any questions, please contact us.

**UPDATE PAYMENT DETAILS**

Scott Wolfe <scott@brelly.com>

---

## Reminder: Update your payment details

1 message

---

**Slack** <feedback@slack.com>                                      Sun, Jan 7, 2024 at 4:11 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



## Keep your Pro plan features

We were unable to process your credit card
payment for **Brelly.**

Take a moment to update your payment details to
keep features like guest accounts, shared
channels, and access to your full message history.

[Learn more about the Pro plan](#)

**UPDATE PAYMENT DETAILS**



**Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

   

Our Blog  |  Unsubscribe  |  Policies  |  Help Center  |  Slack Community

Scott Wolfe <scott@brelly.com>



## Your payment could not be processed

1 message

**Slack** <feedback@slack.com>                                      Thu, Jan 4, 2024 at 3:33 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Update your payment details

We were unable to process your credit card payment for **Brelly.** No need to worry — just take a few moments to update your payment details.

Need help? Contact us

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com                    **SIGN IN**

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.



## Update payment details to keep your Pro plan

1 message

**Slack** <feedback@slack.com>                                    Thu, Jan 11, 2024 at 10:32 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



# Don't lose your Pro plan features

We've run into some trouble collecting your payment for **Brelly.** As a result, your workspace may be downgraded to the Free plan.

To keep that from happening, take a few moments to update your payment details and you'll be set.

If you're having trouble or have any questions, please contact us.

**UPDATE PAYMENT DETAILS**

**Brelly**
Workspace URL: brelly2.slack.com                    **SIGN IN**

      

Our Blog  |  Policies  |  Help Center  |  Slack Community

Scott Wolfe <scott@brelly.com>



## Overdue payment for Brelly

1 message

**Slack** <feedback@slack.com>                    Thu, Jan 18, 2024 at 10:51 PM
Reply-To: feedback@slack.com
To: scott@brelly.com

## :::: slack

# Your payment is overdue

We've been unable to collect your payment for **Brelly,** and your workspace will be downgraded soon.

Updating your payment details only takes a moment and will ensure you don't lose your Pro plan features.

If you run into trouble, please contact us.

**UPDATE PAYMENT DETAILS**

You can also switch your workspace to the Free plan.



**Brelly**
Workspace URL: brelly2.slack.com

**SIGN IN**

Scott Wolfe <scott@brelly.com>



**Your Slack plan for Brelly has changed**

1 message

**Slack** <no-reply@slack.com>                                            Thu, Feb 1, 2024 at 3:07 PM
Reply-To: no-reply@slack.com
To: scott@brelly.com

![slack]

# Your Slack plan has changed

Brelly's subscription plan has been changed to the **free plan.**
We let the other admins know about this change.

Here's how downgrading impacts your team:

### Guests

Your **2** guests have lost access to your workspace. That includes...

  ahmed.tarek
            pbarriga

Visit the Manage members page if you'd like to convert guests to regular
members before downgrading — but please note that you'll no longer be
able to control which channels they can access.

### Slack Connect

Your team's **1** Slack Connect channel has been permanently disconnected.
That includes...

  # brelly-canopy-implementation
     See more details

**Note: This can't be undone.** Even if you upgrade later, this channel can
never be reconnected with an external team.

Claimed email domains are only available on paid plans. You won't be able
to control which workspace is used to accept Slack Connect invites sent to
your domains.

### Group Huddles

  Voice chat, video chat, screen share and more with up to 50 people, in
channels or in group DMs.

On the free plan, you can only participate in 1-on-1 huddles.

### Screen Sharing

 Solve problems collaboratively by sharing screens.

Screen sharing is available only on paid plans.

### Messages and Files

 Access your workspace's unlimited message and file archive.

On the free plan, you'll only ever be able to view the most recent 90 days of messages and files.

### Apps and Integrations

Right now, your team is using **12 apps** or integrations.

 Connect your tools directly to your Slack workspace. Paid plans allow unlimited apps.

On the free plan, you'll only ever be able to add 10 apps – and any email-forwarding applications will be disabled. Learn more

### Single sign-on

 Connect your single sign-on provider — like Google OAuth, OneLogin, and Okta — to simplify accessing Slack for your team.

Workspaces on the free plan cannot be connected to an SSO provider.

### Deletion and Retention Settings

 Customize your workspace's retention settings to have messages and files automatically deleted after a set period of time.

Advanced retention settings are available only on paid plans.

### User Groups

 Get the attention of many members at once. When you mention a group's name — like @managers, for example — everyone in that group will be notified.

User groups are available only on paid plans.

### Sidebar Organization

 Keep your projects, teams, and priorities straight by organizing channels and conversations into custom, collapsible sections in your sidebar.

Custom organization is only available on paid plans.

**Upgrade Now**

If you want to compare the free plan to our other plans, try taking a look at a comparison of plans.

If you have questions, please visit our guide to billing at Slack, or simply reply to this email and someone will be happy to help you.

 **Brelly**
Workspace URL: brelly2.slack.com

Sign In

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.

Scott Wolfe <scott@brelly.com>

## Your workspace has been downgraded

1 message

**Slack** <feedback@slack.com>                                                            Thu, Feb 1, 2024 at 3:07 PM
Reply-To: feedback@slack.com
To: scott@brelly.com



## Hello,

We wanted to let you know that we've downgraded your Slack subscription to our **Free plan**. Our records show that the credit card on file for Brelly has failed during our recent attempts to process your Slack subscription fees. As of today, the outstanding account balance is $34.29 USD.

If you would like to return to the original settings of your paid plan, please update your payment information **here**. Please note that only Workspace Owners can access and make changes to billing information.

On the Free plan, your workspace will experience these changes:

- Reduced search/browse capability to your most recent 90 days of messages and files
- Disabled Google Authentication
- Disabled addition of new integrations
- Disabled group huddles
- Deactivated Multi-Channel and Single-Channel Guests

- Loss of custom retention policies

For a full list of paid features that will be impacted visit our **pricing page**.

We'd like to help return your workspace to full service, and we're happy to answer any questions. Just reply to this email or get in touch with us at **feedback@slack.com**.

Thanks very much,

The team at Slack

---

If you would like to delete your data, **click here**
(this can only be done by your workspace's
Primary Owner).

   

Our Blog    |    Unsubscribe    |    Policies    |    Help Center    |    Slack Community

©2024 Slack Technologies, LLC, a Salesforce company
415 Mission Street, San Francisco, CA 94105

All rights reserved.