

EXHIBIT 9



 worldwideadjusters.com

Bye Bye Birdie

WORLDWIDE ADJUSTERS



Tobias Patch

# Free 30 Minute Claim Review

🕐 30 min    📹 Web conferencing details provided upon confirmation.

**Claim Review with Brelly**

The claim review call or meeting is to help you gain a clear view of your current insurance claim situation and the options available to you. We'll discuss the specific challenges you're facing and explore potential strategies to get your claim moving forward and back on track. This session is all about providing you with the insights, understanding and resources you need to confidently navigate your insurance claim process and work towards a resolution.

**To ensure that the Brelly representative can provide the most effective assistance during the call, please consider preparing some or all of the following:**

1. **Gather Information**: Collect all relevant documents and information related to the

worldwideadjusters.com

ye Bye Birdie

of the following:

1. **Gather Information**: Collect all relevant documents and information related to the insurance claim. This could include policy documents, correspondence with the insurance company, estimates, invoices, bid and any other relevant paperwork to the claim.
2. **Identify Challenges**: Make a list of the specific issues or challenges you're facing with the claim. This could be delays in processing, disputes over the claim amount, or difficulties in dealing with adjusters, contractors or even finding contractors.
3. **Formulate Questions**: Think about any questions or concerns you have about your claim or the claim process. Having these questions ready can help ensure you get the most out of the call.
4. **Define Goals**: Identify what you hope to achieve from the call. This could be as specific as a resolution timeline, or simply a better understanding of your options.

By having this information ready, your Brelly representative will be able to provide more personalized and effective help.

**SHOW LESS**

WORLDWIDE ADJUSTERS

**SHOW LESS**

## Select a Date & Time

<     January 2024     >

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | **23** | **24** | **25** | **26** | 27 |
| 28 | **29** | **30** | **31** |  |  |  |

**Time zone**

🌐 Central Time - US & Canada (10:00pm) ▾

Cookie settings



worldwideadjusters.com/free-claim-consultation/

Why Us      Products      Claim Resources      Free Consultation      Client Testimonials

WORLDWIDE ADJUSTERS

Free Claim Con

POWERED BY Calendly

**Tobias Patch**

# Free 30 Minute Claim Review

🕐 **30 min**      📹 **Web conferencing details provided upon confirmation.**

**Claim Review with Brelly**

The claim review call or meeting is to help you gain a clear view of your current insurance claim situation and the options available to you. We'll discuss the specific challenges you're facing

**SHOW MORE**

## Select a Date & Time

‹      January 2024      ›

| SUN | MON | TUE | WED | THU | FRI | SAT |
|-----|-----|-----|-----|-----|-----|-----|
|     | 1   | 2   | 3   | 4   | 5   | 6   |

etter to get update and free insight.

consectetur adipiscing elit. tellus, luctus nec ullamcorp pulvinar dapibus leo.