

## Scott Wolfe Brelly IP Repurchase

**Scott Wolfe Jr** <scott@scottwolfe.com>                                    Mon, Jan 22, 2024 at 2:38 PM
To: "William Bishop (1279)" <William.Bishop@phelps.com>, Tobias Patch <tobias@brelly.com>
Cc: "Friend, Asher" <afriend@joneswalker.com>

Hi Will & Tobias:

Attached, please find the letter exercising my Repurchase Right to the Brelly Intellectual Property.  It is herein delivered electronically to Brelly, Inc., and contemporaneously mailed via certified mail to Brelly's corporate address (92148902358909000025165749) and the Phelps Dunbar office (92148902358909000025165756).

Will, my counsel for this matter is Asher Friend (cc'd).  Per the enclosed, please coordinate with my counsel to evidence the transfer.

Best,

Scott

---

📄 **2024.01.22.Brelly IP Repurchase Exercise.pdf**
   61K

EXHIBIT
10

**USPS CERTIFIED MAIL**



**9214 8902 3589 0900 0025 1657 56**

SCOTT WOLFE JR
1628 STATE STREET
NEW ORLEANS, LA 70118

BRELLY, INC.
365 CANAL ST STE 2000 C/O WILLIAM BISHOP
NEW ORLEANS, LA 70130-6534

Scott Wolfe Jr  |  scott@scottwolfe.com  |  1628 State St, New Orleans, LA 70118

January 22, 2024

To: Brelly, Inc.

Pursuant to our April 5, 2023, Merger Agreement's §6.1, I hereby exercise my "Repurchase Right" to the Brelly Intellectual Property.  It's clear that Brelly is not a going concern under any reasonable commercial definition, including as illustratively evidenced by the following:

- In October 2023, Brelly's cash balance dropped below $0.

- Contemporaneously, unable to pay its ongoing operational expenses, Brelly vacated its office space and terminated all employees and contractors. The entity likely incurred debts to full-time employees who worked without pay for weeks.

- Thereafter, Brelly ceased to incur any payroll whatsoever and discontinued ordinary business activities such as holding regular meetings and appointments.

- Brelly has no paying customers and no revenue.

- Brelly is unable to pay for software and tools core to its prior operations, having debt and outstanding balances, and/or letting accounts go unpaid and lapse with products including Ahrefs, Figma, Pry, Canva, Docsend, and Yoast.

- Brelly's account with Slack is active today, but in arrears, and lacks any material business activity.

- Tobias Patch has failed, as required by contract, to cause Brelly to establish a Board of Directors with more than one member and to cause me to be elected to a seat on the Board of Directors.

As specified in §6.1 of the Merger Agreement, $100 has been wired to the corporation's business checking account #640520793617186 per §6.1(i), and the Note is hereby deemed canceled in all respects per §6.1(ii). My counsel will coordinate any administrative follow-up reasonably necessary to fully evidence the transfer of Brelly Intellectual Property to me, effective January 22, 2024 (failure of which, however, will in no case affect or otherwise qualify the irrevocable assignment of the Brelly Intellectual Property effected by my exercise of the §6.1 Repurchase Right and evidenced by this letter), including an Assignment of Intellectual Property document between Brelly and myself, and stamped cancellation and voiding of the Note.

Best,

Scott Wolfe, Jr.




**USPS CERTIFIED MAIL**

9214 8902 3589 0900 0025 1657 49

SCOTT WOLFE JR
1628 STATE STREET
NEW ORLEANS, LA 70118

BRELLY, INC.
2425 RYAN DR
ALVIN, TX 77511-3950

Scott Wolfe Jr  |  scott@scottwolfe.com  |  1628 State St, New Orleans, LA 70118

January 22, 2024

To: Brelly, Inc.

Pursuant to our April 5, 2023, Merger Agreement's §6.1, I hereby exercise my "Repurchase Right" to the Brelly Intellectual Property.  It's clear that Brelly is not a going concern under any reasonable commercial definition, including as illustratively evidenced by the following:

- In October 2023, Brelly's cash balance dropped below $0.

- Contemporaneously, unable to pay its ongoing operational expenses, Brelly vacated its office space and terminated all employees and contractors. The entity likely incurred debts to full-time employees who worked without pay for weeks.

- Thereafter, Brelly ceased to incur any payroll whatsoever and discontinued ordinary business activities such as holding regular meetings and appointments.

- Brelly has no paying customers and no revenue.

- Brelly is unable to pay for software and tools core to its prior operations, having debt and outstanding balances, and/or letting accounts go unpaid and lapse with products including Ahrefs, Figma, Pry, Canva, Docsend, and Yoast.

- Brelly's account with Slack is active today, but in arrears, and lacks any material business activity.

- Tobias Patch has failed, as required by contract, to cause Brelly to establish a Board of Directors with more than one member and to cause me to be elected to a seat on the Board of Directors.

As specified in §6.1 of the Merger Agreement, $100 has been wired to the corporation's business checking account #640520793617186 per §6.1(i), and the Note is hereby deemed canceled in all respects per §6.1(ii). My counsel will coordinate any administrative follow-up reasonably necessary to fully evidence the transfer of Brelly Intellectual Property to me, effective January 22, 2024 (failure of which, however, will in no case affect or otherwise qualify the irrevocable assignment of the Brelly Intellectual Property effected by my exercise of the §6.1 Repurchase Right and evidenced by this letter), including an Assignment of Intellectual Property document between Brelly and myself, and stamped cancellation and voiding of the Note.

Best,

Scott Wolfe, Jr.

M Gmail

**Wire transfer sent**

1 message

**Goldman Sachs** <noreply-notify@gs-enotification.com>                    Mon, Jan 22, 2024 at 11:39 AM
Reply-To: noreply-notify@gs-enotification.com
To: Scott Wolfe <scott@scottwolfe.com>

# Goldman Sachs

🔒 EMAIL FOR: Scott Wolfe

The below wire transfer has been processed.

If you did not authorize this transfer or have any questions, contact your Goldman Sachs team.

| | |
|---|---|
| Date: | Jan 22, 2024 |
| From: | XXX-XX790-0 |
| Amount: | USD 100.00 |
| Recipient: | Insur...nc. |
| Recipient Bank Name: | Column National Association Brex |

You can access more information in the Transfers section on https://www.goldman.com.

Sincerely,
Goldman Sachs

This e-mail was generated from an automated system and replies are not monitored.