**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CIVIL ACTION NO. 24-479**

**SCOTT WOLFE, JR. individually,**
**and derivatively on behalf of**
**nominal defendant BRELLY, INC.**

**SECTION: "G"(1)**

     **Plaintiffs**

**VERSUS**

**TOBIAS PATCH, and**
**BRELLY, INC.**

     **Defendants**

### NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Scott Wolfe, Jr. individually, and derivatively on behalf Brelly, Inc., who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), provides notice that he hereby voluntarily dismisses all claims made in this proceeding WITHOUT PREJUDICE for the purposes of exploring settlement negotiations.

WHEREFORE, Plaintiff Scott Wolfe, Jr. individually, and derivatively on behalf Brelly, Inc., voluntarily dismisses all claims made in this proceeding WITHOUT PREJUDICE.

1

Respectfully submitted,


/s/ Tarak Anada
TARAK ANADA (#31598)
ALEXANDER N. BRECKINRIDGE, V (#36155)
JONES WALKER LLP
201 St. Charles Avenue – 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8322
Facsimile:      (504) 589-8322
E-Mail:          tanada@joneswalker.com
                    abreckinridge@joneswalker.com

**Attorneys for Scott Wolfe, Jr. individually, and derivatively on behalf Brelly, Inc.**

2